*Delores D. Stewart,* pro se, in support of the petition.

Decided June 24, 1996

BANK OF NEW HAVEN ET AL. *v.* JENNITH LINER
ET AL.

The petition by the defendants Jennith Liner and Sheldon M. Liner for certification for appeal from the Appellate Court, 41 Conn. App. 908 (AC 15031), is denied.

*Jennith Liner*, pro se, and *Sheldon M. Liner*, pro se, in support of the petition.

*Lori B. Alexander*, in opposition.

Decided June 24, 1996